FILED
SEP 08 2023  09|08|2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

CV23-4616  SK

BARRY THOMAS
1643 NOTRE DAME AVE
E PALO ALTO, CA 94303
510-708-3508

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY B. THOMAS, | DISCRIMINATION-RACE |
| PLAINTIFF, | -AGE |
| | WRONGFUL TERMINATION |
| VS. | RETALIATION |
| | HARRASMENT |
| PACIFIC MARITIME ASSOCIATION, | NEPOSTISM |
| DEFENDANT | |

EEOC NUMBER: 555-2023-00976

I BELIEVE THAT I WAS DISCRIMINATED AGAINST BECAUSE OF MY RACE, BLACK NATIONAL ORIGIN, AMERICAN, COLOR, BLACK, AND AGE, 64 YEARS OLD, IN VIOLATION OF MY RIGHTS AS PROTECTED BY TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, AS AMENDED, AND THE AGE DISCRIMINATION IN EMPLOYMENT ACT OF 1967, AS AMENDED.

WRONGFUL TERMINATION RETALIATION HARRASMENT NEPOSTISM - 1

FROM 2017- THROUGH 2018 THE EMPLOYER(PMA) IN AGREEMENT WITH THE UNION (ILWU)- JOINT LABOR RELATIONS COMMITTEE ISSUED OVER THREE THOUSAND CASUAL APPLICATION CARDS TO ALL CURRENT CLASS A AND CLASS B MEMBERS, GUARANTEEING FAMILY MEMBERS WOULD BE HIRED FIRST OVER A PUBLIC OR OUTSIDE APPLICANT IN THE SO-CALLED RANDOM DRAWING. ON SEPTEMBER 14, 2022, I RECEIVED A LETTER THROUGH THE MAIL FROM THE ILWU-PMA JOINT PORT LABOR RELATIONS COMMITTEE INFORMING ME OF MY CASUAL APPLICATION CARD SEQ #2297 HAS BEEN ACCEPTED. THE LETTER DATED SEPTEMBER 14, 2022, INSTRUCTED ME TO REPORT TO THE ILWU-PMA TRAINING CENTER AT 3:00 PM. I COMPLETED SOME PAPERWORK W-2 VERIFICATION OF DRIVER'S LICENSE, SOCIAL SECURITY, NAME, ADDRESS, ETC. ON SEPTEMBER 29, 2022, I RECEIVED A SECOND LETTER TO APPEAR BACK AT THE ILWU-PMA TRAINING CENTER AT 1:00 PM. AT THAT TIME I WAS VERBALLY TOLD IN FRONT OF A WITNESS THAT I WAS DISQUALIFIED FROM THE CASUAL PROCESS. I WAS TOLD I WOULD RECEIVE A LETTER IN THE MAIL ABOUT THE REASON WHY I WAS DISQUALIFIED AND NOT ALLOWED TO TAKE THE STRENGTH, AGILITY, AND CLERK TEST. I HAVE MADE EVERY EFFORT TO APPEAL AND REACH OUT TO THE JOINT COMMITTEE THROUGH FAX-CERTIFIED MAIL ON VARIOUS DATES AND TIMES TO NO PREVAIL.

ON JUNE 14, 2023, I RECEIVED A LETTER IN THE MAIL FROM THE U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION(EEOC) RIGHT TO SUE NOTICE. 13 DAYS AFTER RECEIVING THE RIGHT TO SUE NOTICE, I RECEIVED A LETTER DATED JUNE 27, 2023 FROM THE EMPLOYER PACIFIC MARITIME ASSOCIATION INFORMING ME TO REPORT TO THE TRAINING CENTER ON MONDAY JULY 10, 2023, TO BEGIN THE CASUAL PROCESS ONCE AGAIN.

THE WHOLE ORDEAL THAT I HAVE EXPERIENCED THE PAST YEAR 2022-2023 HAS BEEN DETRIMENTAL, HARMFUL IN EFFECT IN REGARDS TO MY HEALTH, STRESS, DEPRESSION AND MANY SLEEPLESS NIGHTS.

PLAINTIFF SEEKS UNSPECIFIED DAMAGES.

*Barry Thomas*          SEP. 8, 2023

WRONGFUL TERMINATION RETALIATION HARRASMENT NEPOSTISM - 2



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency

GAVIN NEWSOM, GOVERNOR

**Civil Rights Department**

KEVIN KISH, DIRECTOR

2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
800-884-1684 (voice) | 800-700-2320 (TTY) | California's Relay Service at 711
www.calcivilrights.ca.gov | contact.center@dfeh.ca.gov

EEOC Number:      555-2023-00976

Case Name:        Barry B Thomas v. Pacific Maritime Association

Filing Date:      June 14, 2023

## NOTICE TO COMPLAINANT AND RESPONDENT

This is to advise you that the above-referenced complaint is being dual filed with the California Civil Rights Department (CRD) by the U.S. Equal Employment Opportunity Commission (EEOC). The complaint will be filed in accordance with California Government Code section 12960. This notice constitutes service pursuant to Government Code section 12962.

The EEOC is responsible for the processing of this complaint. Please contact EEOC directly for any discussion of this complaint or the investigation.

## NOTICE TO COMPLAINANT OF RIGHT TO SUE

This letter is also your Right to Sue notice. **This Right to Sue Notice allows you to file a private lawsuit in State court**. According to Government Code section 12965, subdivision (c), you may bring a civil action under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The lawsuit may be filed in a State of California Superior Court. Government Code section 12965, subdivision (c), provides that such a civil action must be brought within one year from the date of this notice. Pursuant to Government Code section 12965, subdivision (e)(1), this one-year period will be tolled during the pendency of the EEOC's investigation of your complaint. You should consult an attorney to determine with accuracy the date by which a civil action must be filed. This right to file a civil action may be waived in the event a settlement agreement is signed.

Be advised, CRD does not retain case records beyond three years after a complaint is filed.

CRD-200-02 (09/2022)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

San Jose Local Office
96 N Third St, Suite 250
San Jose, CA 95112
Direct: (408) 889-1950
Email: sanjgov@eeoc.gov
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: June 14, 2023

**To:** Mr. Barry B. Thomas
1643 Notre Dame Ave
E PALO ALTO, CA 94303

Charge No: 555-2023-00976

EEOC Representative and email:   LISA FUNG
Senior Investigator
lisa.fung@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Margaret Ly

Digitally signed by Margaret Ly
Date: 2023.06.14 14:14:14 -07'00'

Margaret Ly
Local Director

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ EEOC<br>☐ FEPA | 555-2023-00976 |

**California Department Of Fair Employment & Housing** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.) | Home Phone | Year of Birth |
|---|---|---|
| Mr. Barry B. Thomas | (510) 708-3508 | 1959 |

Street Address: 1643 Notre Dame Ave
E PALO ALTO, CA 94303

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| PACIFIC MARITIME ASSOCIATION | 201 - 500 Employees | |

Street Address: 475 14TH ST STE 300
OAKLAND, CA 94612

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| Age, Color, National Origin, Race | Earliest: 03/29/2022    Latest: 09/29/2022 |

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

On March 29, 2022, I applied for the Longshoreman position and my cousin submitted my application to Respondent. On September 27, 2022, I arrived at Respondent's Training Center and submitted my photo identification and to a physical test. On September 29, 2022, I returned to Respondent's Training Center and completed additional documents and I went to obtain a payroll number. Respondent informed me that I will not be given a payroll number because I was disqualified. I asked why I was disqualified and there were no reasons given. As a result of the disqualification, Respondent denied me from participating in the agility test. Therefore, I was not hired for the position.

I believe that I was discriminated against because of my race, Black, national origin, American, color, Black, and age, 64 years old, in violation of my rights as protected by Title VII of the Civil Rights Act of 1964, as amended, and the Age Discrimination in Employment Act of 1967, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

**Digitally Signed By: Mr. Barry B. Thomas**
06/13/2023
*Charging Party Signature*

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

Page 1 of 2