UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARRY THOMAS,

        Plaintiff,

    v.

PACIFIC MARITIME ASSOCIATION,

        Defendant.

Case No. 23-cv-04616-TLT

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 14

A case management conference is scheduled for Thursday, September 26, 2024, at 2:00 p.m. See, ECF 14. The parties did not file a joint case management statement as required under Judge Thompson's Civil Standing Order. See Judge Thompson's Civil Standing Order at Para. 12.

The parties are ORDERED to file a joint case management statement by Tuesday, September 24, 2024. Failure to timely file a joint case management statement, along with previous court order violations, may result in the matter being dismissed for lack of prosecution, failure to file proof of service, and a prior failure to appear.

Self-represented litigants are given leave, if necessary, to file separate case management statements. For assistance, the Legal Help Center is available by appointment only. (https://cand.uscourts.gov/about/court-programs/legal-help-desks/).

**IT IS SO ORDERED.**

Dated: September 20, 2024

_____
TRINA L. THOMPSON
United States District Judge